disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THOMAS W. BROADHURST and MARK SWAN, Appellants, v. WILLIAM CARYL and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon plaintiffs furnishing a bond of $250, on the ground that the title chosen by the defendants is certain to cause confusion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FELIX Q. RAST and FREDERICK Q. RAST, Appellants, v. FRANK Z. LESCHIN, Respondent.— Appeal dismissed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FELIX Q. RAST and FREDERICK Q. RAST, Appellants, v. FRANK Z. LESCHIN, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM NEIL SMITH, Appellant, and HENRY F. FISCHBACH and Another, Plaintiffs, v. CRANLEIGH, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA PODLUSKI, Respondent, v. MICHAEL PODLUSKI, Also Known as EDWARD HOFFMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CITIZENS BANK AND TRUST COMPANY, Respondent, v. LEOPOLD J. LIPPMANN, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CITIZENS BANK AND TRUST COMPANY, Respondent, v. LEOPOLD J. LIPPMANN, Appellant.— Order modified by denying in all respects the motion to vacate the notice for production and inspection, and by limiting defendant to an inspection and taking copies or photographs of the documents referred to in the notice in the course of the open commission obtained by him; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RUSSELL K. SADLER, Respondent, v. BYRD M. LATHAM, Appellant, Impleaded etc.— Order affirmed, with ten dollars costs and disbursements. No opinion Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RUSSELL K. SADLER, Respondent, v. BYRD M. LATHAM, Defendant, Impleaded with GEORGE T. WALKER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THOROFARE DEVELOPING CORPORATION, Appellant, against WILLIAM F. DEEGAN, as Tenement House Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [134 Misc. 592.]